# U.S. Patent No. 9,505,343 v. Hyundai Motor America

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A control system for a vehicle, the control system comprising: | Hyundai Motor America made, used, imported, sold, and/or offered to sell a control system for a vehicle.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Hyundai Motor America provided SmartSense, an advanced safety system, in its vehicle models[1]. SmartSense includes a Highway Driving Assist (HDA) operation, which includes the functionalities, namely Highway Lane Change Assist and Lane Following Assist. While the Highway Driving Assist and Lane Following Assist are operating, when the driver expresses an intent to change lanes by tapping the turn signal lever upwards or downwards, Highway Lane Change Assist is activated. Upon activation, SmartSense automatically steers the vehicle and assists in lane change (“a control system for a vehicle”) to perform a lane change maneuver when traffic conditions are appropriate. |

[1]Hyundai Motor America provided SmartSense, to various vehicle models including but not limited to, VENUE, KONA, TUCSON, SANTA CRUZ, IONIQ 5, SANTA FE, PALISADE, ELANTRA, SONATA, and IONIQ 6.




Source: https://www.hyundaiusa.com/us/en/safety




Source: https://www.hyundaiusa.com/us/en/safety




## Highway Driving Assist (HDA)

This feature, available on select vehicles, helps maintain a set distance and speed from the vehicle ahead when driving on a highway and helps center the vehicle in the lane, even through a curve. ⓘ

Source: https://www.hyundaiusa.com/us/en/safety

| | |
|---|---|
| | **Highway Lane Change Assist** (If equipped)<br><br>control system for a vehicle<br>Highway Lane Change Assist function helps change lanes to the direction the driver slightly moves the turn signal switch if the function judges that lane change is possible.<br><br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html (annotated) |

## Information

- Highway Driving Assist is available only on controlled access roads.
  - Controlled access roads are roads with limited entrances and exits that allow uninterrupted high speed traffic flow.

| Available highway (Controlled access road) | |
|---|---|
| USA | Select Interstate Highway and U.S. (Federal) and State Highways |
| Canada | Select Provincial and Territorial Highways |

  - Additional highways may be available in future navigation system updates.
  - Highway Driving Assist does not operate on interchanges or junctions.

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html




Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html

| | |
|---|---|
| | **Highway Lane Change Assist ready to operate**<br>While Highway Lane Change Assist function is on, the function will be ready to operate when all the following conditions are satisfied:<br>• Highway Driving Assist is operating<br>• Lane Following Assist is operating<br>• A vehicle in the rear area of your vehicle is detected more than once after the vehicle is turned on<br>• Your vehicle speed is above 20 mph (30 km/h)<br>• When your vehicle is between 20-40 mph (30-60 km/h), a vehicle is detected in the rear area of your vehicle's left and right side lanes, and there is no risk of collision when changing a lane<br>• Hands-off warning is not displayed on the instrument cluster<br>• Hazard warning flasher is off<br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html |




Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 0:58

1. Center

Highway Lane Change Assist function will operate, when you push the turn signal lever up or down to the A or B position while the function is in the ready state ( indicator is green), and all of the following conditions are satisfied:

- The driver has his/her hand on the steering wheel
- There is no collision risk in the direction of lane change
- There is a single dotted lane line in the direction of lane change
- There are no Forward Collision-Avoidance Assist and Blind Spot Collision-Avoidance Assist warnings
- The vehicle is driven in the middle of the lane (should not be driving close to one side of the lane)
- The road you are driving on, or the road you are about to change lane is a road that the function can operate

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html



| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:19<br><br><br>Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:32<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Hyundai Motor America. |
| [1.1] an automatic | Hyundai Motor America provided the control system comprising, an automatic control for controlling an operation of the vehicle. |

| | |
|---|---|
| control for controlling an operation of the vehicle; and | This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, while the Highway Driving Assist and Lane Following Assist are operating, and when the driver expresses an intent to change lanes by tapping the turn signal lever upwards or downwards to indicate an intent to initiate a lane change maneuver ("an operation of the vehicle"), the Highway Lane Change Assist gets activated. Upon activation, SmartSense automatically assists the lane change ("an automatic control") and performs the lane change maneuver when the system determines that traffic conditions are appropriate. |

**Highway Lane Change Assist** (If equipped)



automatic control for controlling an operation of the vehicle

Highway Lane Change Assist function helps change lanes to the direction the driver slightly moves the turn signal switch if the function judges that lane change is possible.

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html (annotated)

**Highway Lane Change Assist ready to operate**

While Highway Lane Change Assist function is on, the function will be ready to operate when all the following conditions are satisfied:

- Highway Driving Assist is operating
- Lane Following Assist is operating
- A vehicle in the rear area of your vehicle is detected more than once after the vehicle is turned on
- Your vehicle speed is above 20 mph (30 km/h)
- When your vehicle is between 20-40 mph (30-60 km/h), a vehicle is detected in the rear area of your vehicle's left and right side lanes, and there is no risk of collision when changing a lane
- Hands-off warning is not displayed on the instrument cluster
- Hazard warning flasher is off

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html

1. Center

Highway Lane Change Assist function will operate, when you push the turn signal lever up or down to the A or B position while the function is in the ready state ( indicator is green), and all of the following conditions are satisfied:

- The driver has his/her hand on the steering wheel
- There is no collision risk in the direction of lane change
- There is a single dotted lane line in the direction of lane change
- There are no Forward Collision-Avoidance Assist and Blind Spot Collision-Avoidance Assist warnings
- The vehicle is driven in the middle of the lane (should not be driving close to one side of the lane)
- The road you are driving on, or the road you are about to change lane is a road that the function can operate

| | |
|---|---|
| | Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html<br><br><br>Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:32 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Hyundai Motor America. |
| [1.2] a lever having a first end, a second end, | Hyundai Motor America provided the control system comprising, a lever having a first end, a second end, and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever. |

| | |
|---|---|
| and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever; | This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Hyundai Motor America's vehicles equipped with the SmartSense system, including HDA operation, included a physical turn signal lever located on the steering column. The turn signal lever has two ends, with one end ("first end") fixed to the steering column and the opposite end ("second end") forming a grip portion, with a lever body extending between the fixed end and the grip end ("a body extending between the first end and the second end"). The lever is mounted on a pivoting base that allows upward and downward movement, enabling the driver to tap the turn signal lever upward or downward to indicate an intended lane change ("the lever comprises a turn signal lever").<br><br>Further, when the driver selectively operates the turn signal lever by tapping upwards or downwards to actuate the Highway Lane Change Assist functionality ("the lever is selectively operable to turn the automatic control from an off state to on state), the SmartSense uses vehicle's integrated sensors to evaluate surrounding road and traffic conditions and automatically assists in lane change to execute the lane change maneuver when the conditions are determined to be appropriate.<br><br><br> |

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html (annotated)

Highway Lane Change Assist function will operate, when you push the turn signal lever up or down to the A or B position while the function is in the ready state ( indicator is green), and all of the following conditions are satisfied:

the lever is selectively operable to turn the automatic control from an off state to an on state

- The driver has his/her hand on the steering wheel
- There is no collision risk in the direction of lane change
- There is a single dotted lane line in the direction of lane change
- There are no Forward Collision-Avoidance Assist and Blind Spot Collision-Avoidance Assist warnings
- The vehicle is driven in the middle of the lane (should not be driving close to one side of the lane)
- The road you are driving on, or the road you are about to change lane is a road that the function can operate

### Information

- Highway Lane Change Assist operates when the turn signal lever is positioned at A. If the turn signal lever is released to the center (1) before stepping on the lane, Highway Lane Change Assist cancels. If the turn signal lever is released to the center (1) after stepping on the lane, Highway Lane Change Assist changes the lane and turns off the turn signal after lane change is complete.
- When the turn signal lever is placed at B position for a certain period of time, the green arrow will appear. At this time, even when the lever is released and returns to it's original position (1), lane change will still be assisted.

While lane change is being made by the function, the turn signal indicator will blink even when the turn signal lever is not held, and the turn signal indicator will turn off when lane change is complete.

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html (annotated)

| | |
|---|---|
| | Highway Driving Assist uses the following sensors:<br>• Front view camera<br>• Front radar<br>• Front corner radar (if equipped)<br>• Rear corner radar<br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:32 |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:32<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Hyundai Motor America. |
| [1.3] wherein when the automatic control is in the off state, manual control is required for | Hyundai Motor America provided the control system, wherein when the automatic control is in the off state, manual control is required for the operation of the vehicle and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| the operation of the vehicle; and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle. | For example, when the driver activates the Highway Lane Change Assist functionality ("when the automatic control is in the on state") by tapping the turn signal lever, SmartSense system automatically assists in lane change ("the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle") to perform the lane-change maneuver on behalf of the driver when the system detects appropriate traffic and road conditions using vehicle's integrated sensors.<br><br>Further, after the Highway Lane Change Assist initiates the maneuver, the driver may override or cancel the automatic control by moving the turn signal in the opposite direction of the lane change or by steering the steering wheel sharply ("when the automatic control is in the off state"). After the Highway Lane Change Assist is cancelled, the driver manually controls steering and lane-change operations ("manual control is required for the operation of the vehicle").<br><br>**Highway Lane Change Assist ready to operate**<br><br>While Highway Lane Change Assist function is on, the function will be ready to operate when all the following conditions are satisfied:<br>• Highway Driving Assist is operating<br>• Lane Following Assist is operating<br>• A vehicle in the rear area of your vehicle is detected more than once after the vehicle is turned on<br>• Your vehicle speed is above 20 mph (30 km/h)<br>• When your vehicle is between 20-40 mph (30-60 km/h), a vehicle is detected in the rear area of your vehicle's left and right side lanes, and there is no risk of collision when changing a lane<br>• Hands-off warning is not displayed on the instrument cluster<br>• Hazard warning flasher is off<br><br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html |




Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 0:58

| | |
|---|---|
| | 1. Center when the automatic control is in the on state<br><br>Highway Lane Change Assist function will operate, when you push the turn signal lever up or down to the A or B position while the function is in the ready state ( indicator is green), and all of the following conditions are satisfied:<br><br>• The driver has his/her hand on the steering wheel<br>• There is no collision risk in the direction of lane change<br>• There is a single dotted lane line in the direction of lane change<br>• There are no Forward Collision-Avoidance Assist and Blind Spot Collision-Avoidance Assist warnings<br>• The vehicle is driven in the middle of the lane (should not be driving close to one side of the lane)<br>• The road you are driving on, or the road you are about to change lane is a road that the function can operate<br><br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html (annotated) |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:32 (annotated) |

**Highway Lane Change Assist cancel**

The function will be canceled when:

- The turn signal lever is moved to the "A" position while the Highway Lane Change Assist function is operating and placed in the center (1) before stepping on the lane line
- The turn signal lever is turned on in the opposite direction of lane change
- The steering wheel is steered sharply

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html




Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 2:10 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Hyundai Motor America.

## 2. List of References


1. https://www.hyundaiusa.com/us/en/safety, last accessed on 22nd June 2026.
2. https://www.youtube.com/watch?v=u1Jr1_CMo7Y, last accessed on 22nd June 2026.
3. https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html, last accessed on 22nd June 2026.