# U.S. Patent No. 10,046,696 v. Hyundai Motor America

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] An apparatus for use in a car, comprising: | Hyundai Motor America made, used, imported, sold, and/or offered to sell an apparatus for use in a car.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Hyundai Motor America provided SmartSense, an advanced safety system, in its vehicle models[1]. SmartSense includes a Highway Driving Assist (HDA) operation, which includes the functionalities, namely Highway Lane Change Assist and Lane Following Assist. While the Highway Driving Assist and Lane Following Assist are operating, and when the driver expresses an intent to change lanes by tapping the turn signal lever upwards or downwards, Highway Lane Change Assist is activated. Upon activation, SmartSense automatically steers the vehicle and assists in lane change to perform a lane change maneuver when traffic conditions are determined to be appropriate using integrated sensors and cameras. Therefore, SmartSense, in coordination with integrated sensors and cameras, operates as an integrated apparatus for controlling vehicle operations ("for use in a car"), including automatic lane change maneuvering. |

[1]Hyundai Motor America provided SmartSense, to various vehicle models including but not limited to, VENUE, KONA, TUCSON, SANTA CRUZ, IONIQ 5, SANTA FE, PALISADE, ELANTRA, SONATA, and IONIQ 6.

| | |
|---|---|
| | <br>Source: https://www.hyundaiusa.com/us/en/safety |




Source: https://www.hyundaiusa.com/us/en/safety (annotated)




## Highway Driving Assist (HDA)

This feature, available on select vehicles, helps maintain a set distance and speed from the vehicle ahead when driving on a highway and helps center the vehicle in the lane, even through a curve.

Source: https://www.hyundaiusa.com/us/en/safety

| | |
|---|---|
| | Highway Driving Assist uses the following sensors:<br>• Front view camera<br>• Front radar<br>• Front corner radar (if equipped)<br>• Rear corner radar<br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html |

**Highway Lane Change Assist** (If equipped)



Highway Lane Change Assist function helps change lanes to the direction the driver slightly moves the turn signal switch if the function judges that lane change is possible.

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html

| | |
|---|---|
| | **Information**<br>• Highway Driving Assist is available only on controlled access roads.<br>◦ Controlled access roads are roads with limited entrances and exits that allow uninterrupted high speed traffic flow.<br><br>Available highway (Controlled access road)<br>USA — Select Interstate Highway and U.S. (Federal) and State Highways<br>Canada — Select Provincial and Territorial Highways<br><br>◦ Additional highways may be available in future navigation system updates.<br>◦ Highway Driving Assist does not operate on interchanges or junctions.<br><br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html |

| | |
|---|---|
| | <br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html |

**Highway Lane Change Assist ready to operate**

While Highway Lane Change Assist function is on, the function will be ready to operate when all the following conditions are satisfied:

- Highway Driving Assist is operating
- Lane Following Assist is operating
- A vehicle in the rear area of your vehicle is detected more than once after the vehicle is turned on
- Your vehicle speed is above 20 mph (30 km/h)
- When your vehicle is between 20-40 mph (30-60 km/h), a vehicle is detected in the rear area of your vehicle’s left and right side lanes, and there is no risk of collision when changing a lane
- Hands-off warning is not displayed on the instrument cluster
- Hazard warning flasher is off

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html




Source: [https://www.youtube.com/watch?v=u1Jr1_CMo7Y](https://www.youtube.com/watch?v=u1Jr1_CMo7Y), 0:58

1. Center

Highway Lane Change Assist function will operate, when you push the turn signal lever up or down to the A or B position while the function is in the ready state ( indicator is green), and all of the following conditions are satisfied:

- The driver has his/her hand on the steering wheel
- There is no collision risk in the direction of lane change
- There is a single dotted lane line in the direction of lane change
- There are no Forward Collision-Avoidance Assist and Blind Spot Collision-Avoidance Assist warnings
- The vehicle is driven in the middle of the lane (should not be driving close to one side of the lane)
- The road you are driving on, or the road you are about to change lane is a road that the function can operate

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html



| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:19   Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:32 Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Hyundai Motor America. |

| | |
|---|---|
| [1.1] an input configured to receive data from a sensor | Hyundai Motor America provided an apparatus for use in a car, comprising an input configured to receive data from a sensor.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SmartSense system, when performing Highway Driving Assist (HDA) operations, continuously monitors and evaluates the vehicle and its surrounding environment ("input configured to receive data") using integrated sensors and cameras, such as a front view camera, front radar, front corner radar, and rear corner radar, to judge if a lane change is possible. Upon determining that the traffic conditions are suitable, SmartSense automatically assists in the lane change to execute the lane change maneuver. |

| | |
|---|---|
| | <br><br>**Highway Driving Assist (HDA)**<br>This feature, available on select vehicles, helps maintain a set distance and speed from the vehicle ahead when driving on a highway and helps center the vehicle in the lane, even through a curve.<br>Source: https://www.hyundaiusa.com/us/en/safety |

| | |
|---|---|
| | Highway Driving Assist uses the following sensors:<br>• Front view camera<br>• Front radar<br>• Front corner radar (if equipped)<br>• Rear corner radar<br>data from a sensor<br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html (annotated) |




Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Hyundai Motor America.

| | |
|---|---|
| [1.2] a processor configured to perform a statistical analysis using the data to determine a control parameter for controlling a function of the car; and | Hyundai Motor America provided an apparatus for use in a car, comprising a processor configured to perform a statistical analysis using the data to determine a control parameter for controlling a function of the car.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Hyundai vehicles are equipped with central processing units (CPUs) and neural processing units (NPUs) (collectively, the "processor") that support various advanced vehicle functions, including automated lane-change assistance and speed control. The processor receives information relating to the vehicle and its surrounding environment from multiple sensors and cameras, such as a front-view camera, front radar, front corner radars, and rear corner radars. Further, Hyundai's SmartSense system processes the received information to evaluate traffic and roadway conditions to judge if a lane change is possible ("perform a statistical analysis using the data"). When the driver expresses an intent to change lanes, for example, through operation of the turn-signal lever, the processor generates lane-change assistance ("control parameter") to execute the lane-change maneuver ("function of the car"), including steering the vehicle toward the intended adjacent lane. |

| | |
|---|---|
| | **SEOUL, August 3, 2023** – Hyundai Motor Group (the Group) today announced a strategic investment in Tenstorrent, an artificial intelligence (AI) semiconductor company based in Toronto, Canada, which will allow the Group to integrate AI into future Hyundai, Kia and Genesis vehicles, and other future mobilities, including robotics and advanced air mobility (AAM).<br><br>Hyundai Motor Company and Kia Corporation will invest USD 50 million ($30M and $20M, respectively), making the Group the lead investor in Tenstorrent's latest funding round, a total of USD 100 million. The investment will be used to accelerate Tenstorrent's design and development of AI chiplets and its machine learning (ML) software roadmap.<br><br>The Group expects to leverage Tenstorrent's high-performance technologies and experience to jointly develop optimized semiconductors while strengthening its own technological capabilities. The newly developed high-performance semiconductors will be applied to central processing units (CPU) and neural processing units (NPU) for future vehicles and mobility solutions.<br><br>processor<br><br>Source:https://www.hyundai.com/worldwide/en/newsroom/detail/hyundai-motor-group-takes-a-stake-in-ai-semiconductor-firm-tenstorrent-to-drive-future-mobility-development-0000000282 (annotated) |

**Highway Lane Change Assist** (If equipped)



determine a control parameter for controlling a function of the car

Highway Lane Change Assist function helps change lanes to the direction the driver slightly moves the turn signal switch if the function judges that lane change is possible.

statistical analysis using the data

Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html (annotated)

| | |
|---|---|
| | 1. Center<br><br>Highway Lane Change Assist function will operate, when you push the turn signal lever up or down to the A or B position while the function is in the ready state ( indicator is green), and all of the following conditions are satisfied:<br><br>• The driver has his/her hand on the steering wheel<br>• There is no collision risk in the direction of lane change<br>• There is a single dotted lane line in the direction of lane change<br>• There are no Forward Collision-Avoidance Assist and Blind Spot Collision-Avoidance Assist warnings<br>• The vehicle is driven in the middle of the lane (should not be driving close to one side of the lane)<br>• The road you are driving on, or the road you are about to change lane is a road that the function can operate<br>Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/topic_nmf_3xl_w5b.html |




Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:32

| | |
|---|---|
| |  <br>Source: https://www.youtube.com/watch?v=u1Jr1_CMo7Y, 1:32<br><br>Further, to the extent this element is performed at least in part by Defendant’s software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Hyundai Motor America. |
| [1.3] an output for providing the control parameter for controlling the function of the car; | Hyundai Motor America provided an apparatus for use in a car comprising an output for providing the control parameter for controlling the function of the car.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, while the Highway Driving Assist and Lane Following Assist are operating, and when the driver expresses an intent to change lanes by tapping the turn signal lever upwards or downwards, Highway Lane Change Assist is activated. Upon activation, SmartSense evaluates suitable traffic and road conditions using integrated cameras and sensors to judge if a lane change is possible. Upon determining suitable conditions, it provides lane change assistance |

("an output for providing the control parameter") to execute the lane change maneuver ("controlling the function of the car").




Source: https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html (annotated)

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Hyundai Motor America. |
| [1.4] wherein the processor has machine learning capability | Hyundai Motor America provided a processor wherein the processor has machine learning capability.<br><br>This element was infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, SmartSense utilizes the central processing units (CPUs) and neural processing units (NPUs) incorporated in Hyundai vehicles (collectively, the "processor"), in conjunction with integrated sensors and cameras, including a front-view camera, front radar, front corner radars, and rear corner radars, to continuously monitor and assess vehicle and surrounding environmental conditions and determine whether a lane change can be safely executed. Further, Hyundai Motor Group has incorporated artificial intelligence (AI) and machine learning (ML) capabilities into its Advanced Driver Assistance Systems (ADAS), enabling the system to process sensor data, analyze vehicle dynamics and driver behavior patterns, and autonomously control vehicle functions during driving operations. Additionally, Hyundai Motor Group has announced the development of high-performance semiconductors, including CPUs and NPUs optimized for AI and ML applications, further supporting intelligent vehicle operations and future mobility solutions. |

| | |
|---|---|
| | **SEOUL, August 3, 2023** – Hyundai Motor Group (the Group) today announced a strategic investment in Tenstorrent, an artificial intelligence (AI) semiconductor company based in Toronto, Canada, which will allow the Group to integrate AI into future Hyundai, Kia and Genesis vehicles, and other future mobilities, including robotics and advanced air mobility (AAM).<br><br>Hyundai Motor Company and Kia Corporation will invest USD 50 million ($30M and $20M, respectively), making the Group the lead investor in Tenstorrent's latest funding round, a total of USD 100 million. The investment will be used to accelerate Tenstorrent's design and development of AI chiplets and its machine learning (ML) software roadmap.<br><br>The Group expects to leverage Tenstorrent's high-performance technologies and experience to jointly develop optimized semiconductors while strengthening its own technological capabilities. The newly developed high-performance semiconductors will be applied to central processing units (CPU) and neural processing units (NPU) for future vehicles and mobility solutions.<br><br>processor<br><br>Source:https://www.hyundai.com/worldwide/en/newsroom/detail/hyundai-motor-group-takes-a-stake-in-ai-semiconductor-firm-tenstorrent-to-drive-future-mobility-development-0000000282 (annotated)<br><br>Hyundai Motor Group's independently developed SCC-ML operates as follows: First, sensors, such as the front camera and radar, constantly acquire driving information and send it to the centralized computer. The computer then extracts relevant details from the gathered information to identify the driver's patterns. An artificial intelligence technology called machine learning algorithm is applied during this process.<br><br>machine learning capability<br><br>The driving pattern can be categorized into three parts: distance from preceding vehicles, acceleration (how quickly it accelerates), and responsiveness (how quickly it responds to driving conditions). In addition, driving conditions and speeds are considered as well.<br><br>Source: https://www.hyundainews.com/releases/2887 (annotated) |

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Hyundai Motor America. |

## 2. List of References


1. https://www.hyundainews.com/releases/2887, last accessed on 22nd June 2026.
2. https://www.hyundai.com/worldwide/en/newsroom/detail/hyundai-motor-group-takes-a-stake-in-ai-semiconductor-firm-tenstorrent-to-drive-future-mobility-development-0000000282, last accessed on 22nd June 2026.
3. https://ownersmanual.hyundai.com/docview/webhelp/Hyundai/e5359817-58e3-4f16-a7d6-4499676ba6bd/idabe587a0dac.html, last accessed on 22nd June 2026.
4. https://www.youtube.com/watch?v=u1Jr1_CMo7Y, last accessed on 22nd June 2026.
5. https://www.hyundaiusa.com/us/en/safety, last accessed on 22nd June 2026.